**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, PLAINTIFF v. Manuel Fuentes-Sauceda DEFENDANT(S). | CASE NUMBER ED10 MJ 319 |
|---|---|
| | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of Defendant, IT IS ORDERED that a detention hearing is set for 12/10/10, ______, at 1:30 ☐a.m. / ☒p.m. before the Honorable OSWALD PARADA, in Courtroom 3.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or ______ *(Other custodial officer)* and produced for the hearing.

Dated: 12/7/10

[signature]
U.S. District Judge/Magistrate Judge

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

CR-66 (10/97)

Page 1 of 1